```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  STANLEY A. BOONE
    Assistant U.S. Attorney
 3  3654 Federal Building
    1130 "O" Street
 4  Fresno, California  93721
    Telephone:  (559) 498-7272
 5
```

IN THE   UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CR. F. 05-00252 AWI |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION TO CONTINUE SENTENCING and ORDER |
| v. | ) ) | |
| LINDA ROGERS, | ) ) | |
| Defendant. | ) ) ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, STANLEY A. BOONE, Assistant United States Attorney for Plaintiff and ROGER VEHRS, attorney for defendant, that the sentencing presently set for November 7, 2005, at 9:00 a.m., be continued to November 14, 2004 at 9:00 a.m.

//
//
//
//
//

1

```
                                        Respectfully submitted,


                                        McGREGOR W. SCOTT
                                        United States Attorney


DATED: 11/2/05                    By    /s/ Stanley A. Boone
                                        STANLEY A. BOONE
                                        Assistant U.S. Attorney



DATED: 11/2/05                    By    /s/ Roger Vehrs
                                        ROGER VEHRS
                                        Attorney for Linda Rogers
```

**ORDER**

IT IS SO ORDERED.

**Dated:   November 5, 2005**            /s/ Anthony W. Ishii
0m8i78                                  UNITED STATES DISTRICT JUDGE

2