Roger K. Vehrs (SBN 073018)
Attorney at Law
2300 Tulare Street, Suite 250
Fresno, California  93721
Telephone:	(559) 442-4211
Facsimile:	(559) 442-4127
E-mail:	rvehrs@vehrslaw.com

Attorney for Defendant, LINDA ROGERS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>            Plaintiff<br><br>      vs.<br><br>LINDA ROGERS,<br><br>            Defendant. | Case No.:   1:05-CR00252-01 AWI<br><br>**STIPULATION AND REQUEST FOR COURT MODIFICATION OF PAROLE CONDITIONS; ORDER** |
|---|---|

**TO:   THE HONORABLE ANTHONY W. ISHII AND ALL INTERESTED PARTIES HEREIN:**

    Ms. Rogers, by and through her attorney of record, Roger K. Vehrs, hereby requests that her condition of supervised released which requires her to be gainfully employed be modified.  The reason for said request is that Defendant has made all of her restitution payments and, thus, this term and condition of parole is not necessary.  Defendant has previously supplied to the attorney for the United States, Stanley A. Boone, copies of the documents demonstrating that she has paid all of her restitution.  Mr. Boone has agreed to not object to a request for modification.

///

///

The parties, therefore, ask that the Court exercise its discretion and modify the term of parole which requires Ms. Rogers to be gainfully employed during the period of her parole.

DATED:   July 26, 2006         /S/ ROGER K. VEHRS
                               Roger K. Vehrs, Attorneys for Defendant
                               LINDA ROGERS


DATED:   July 26, 2006         /S/ STANLEY A. BOONE (as authorized
                               on July 26, 2006)
                               Stanley A. Boone, Attorneys for the
                               UNITED STATES

---

## ORDER

The Court upon reviewing the Stipulation and Request for Court Modification of Parole Conditions and the above recommendation of counsel hereby modifies Defendant, Linda Rogers', conditions of Supervised Release so as to not require that she be gainfully employed during the period of her term of Supervised Release. All other terms and conditions of said Supervised Release shall remain as previously ordered.

IT IS SO ORDERED.

**Dated:   July 26, 2006**              /s/ Anthony W. Ishii
0m8i78                                  UNITED STATES DISTRICT JUDGE