ROGER K. VEHRS (SBN 073018)
Attorney at Law
2300 Tulare Street, Suite 250
Fresno, CA 93721
Telephone: (559) 442-4211
Facsimile:  (559) 442-4127
E-mail:     Rvehrs@vehrslaw.com

Attorney for Defendant, LINDA ROGERS

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v<br><br>LINDA ROGERS,<br><br>　　　　　Defendant. | CASE NO.: 1:05-CR-252-AWI<br><br>**ORDER ON EARLY TERMINATION OF SUPERVISED RELEASE** |

Defendant's motion for early termination of supervised release came on regularly for hearing before this Court on October 6, 2008.  Roger K. Vehrs appeared as attorney for Defendant.  Stanley Boone appeared as attorney for Plaintiff.

After considering the motion and all supporting and opposing documents, and the Court having hear oral argument of counsel, and otherwise being duly advised on all matters presented on this cause,

IT IS HEREBY ORDERED that the motion for early termination of supervised release is GRANTED.

IT IS SO ORDERED.

**Dated:    October 14, 2008**　　　　　　　　　　　　　/s/ Anthony W. Ishii
　　　　　　　　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE